**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-cv-61531-SINGHAL**

SIMFA ROSE PHARMACEUTICAL
SPECIALTY, INC.,

    Plaintiff,

vs.

MERRICK B. GARLAND, *et. al*.

    Defendants.

**DEFENDANT UNITED STATES OF AMERICA'S CORRECTED MOTION FOR**
**A 60-DAY ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT**

COMES NOW, Defendant United States of America, by and through the undersigned Assistant United States Attorney, and requests that this Honorable Court grant a sixty (60) day enlargement of the date by which the Defendant must file an answer or appropriate motion in response to the Complaint in this case.[1] In support of this motion, the United States submits the following facts and grounds:

1. Plaintiff filed this Complaint on August 9, 2023. [ECF No. 1.]

2. On November 3, 2023, the Court issued an Order to Show Cause why the action should not be dismissed for failure to perfect service of process on Defendants. [ECF No. 8.]

3. On November 8, 2023, Plaintiff filed a Certificate of Service [ECF No. 9] but failed to show that that the United States was served in compliance with Fed. R. Civ. P. 4(i)(1)(A).

---

[1] Defendant filed a motion for extension at ECF No.13. That motion is erroneously styled as 90-day extension of the deadline, however, as reflected by the date proposed therein to respond, Defendant in fact seeks a 60-day extension and is therefore filing a corrected motion.

Accordingly, the Court ordered Plaintiff to perfect service upon the United States as set forth in Fed. R. Civ. P. 4(i)(1)(A) on or before November 15, 2023.  [ECF No. 10.]

4.  On November 9, 2023, Plaintiff filed a Certificate of Service reflecting service upon the United States Attorney for the Southern District of Florida by registered mail, dated November 9, 2023.  [ECF No. 11.]

5.  The Office for the United States Attorney for the Southern District of Florida received the Complaint by registered mail on November 14, 2023.

6.  The United States' time to Answer or otherwise respond to the Complaint is January 16, 2024.  *See* Fed. R. Civ. P. 12(a)(2).

7.  Plaintiff's Complaint, which is 32 pages long, alleges, *inter alia*, that the Drug Enforcement Administration ("DEA") administrative proceeding process in unconstitutional, and that, in issuing an Order to Show Cause and Immediate Suspension of Registration ("DEA OSC"), the DEA is "compelling [Plaintiff] to participate in an unlawful adjudicative process before a DEA ALJ."  [ECF No. 1.]

8.  The DEA issued the at-issue DEA OSC on April 10, 2023.  A prehearing conference was held before the assigned DEA ALJ on June 21, 2023.  On August 2, 2023, Plaintiff filed, among other things, its Motion to Stay the DEA's Administrative Proceeding on the basis of constitutional objections to the DEA's administrative hearing process.

9.  The instant Complaint purports to allege at least seven different constitutional bases by which the DEA's administrative hearing process violates the constitution, including the Appointments Clause, Due Process and Equal Protection.

10.  Based on initial analysis and review of the Complaint, certain alleged constitutional violations may implicate issues pending before the Supreme Court in which the United States has

taken a position. As such, the United States needs additional time to consult and coordinate with other divisions within the DOJ, as well as with DEA agency counsel, to respond fully to the Complaint. While that process is underway, additional time is needed to accomplish that coordination and afford sufficient time to draft an appropriate response.

11. At the parties' Local Rule 7.1(a)(3) conference, Plaintiff informed the United States that it objects to the requested enlargement of time.

12. The United States respectfully submits that the aforementioned establishes good cause for its requested extension.

**WHEREFORE**, the United States respectfully requests entry of an order extending its deadline to Answer or otherwise respond to the Complaint to **March 13, 2024**, and granting any additional relief the Court deems appropriate. A proposed order accompanies this motion.

**Dated**: December 27, 2023

        **Respectfully submitted,**

        **MARKENZY LAPOINTE**
        **UNITED STATES ATTORNEY**

        **By:** ___*/s Miriam L. Alinikoff*___
             MIRIAM L. ALINIKOFF
             Assistant United States Attorney
             Fla. Bar No. A5502701
             99 N.E. 4th Street
             Miami, Florida   33132
             Tel.: (305) 961-9331
             Miriam.Alinikoff@usdoj.gov

        *Counsel for Defendant United States of America*

## LOCAL RULE 7.1(a)(3) CERTIFICATE OF CONFERRAL

Undersigned counsel conferred via telephone on December 26, 2023, in a good faith attempt to resolve these issues. As noted in the United States' Motion, Plaintiff objects to the requested enlargement of time.

By: */s Miriam L. Alinikoff*
MIRIAM L. ALINIKOFF
Assistant United States Attorney